UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PETERS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a limited liability company, AFFINIA DEFAULT SERVICES, LLC, a limited liability company, and DOES 1-50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01683-KJM KJN<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING, LLC TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: July 12, 2023<br>Removal date: August 11, 2023<br>Current response date: September 15, 2023<br>Proposed response date: October 13, 2023 |

The joint motion and stipulation for an extension of time for defendant Specialized Loan Servicing, LLC to respond to the initial complaint is GRANTED. Specialized Loan Servicing, LLC shall respond to plaintiff Mark Peters's initial complaint on or before October 13, 2023.

DATED: October 15, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE